■■■■■■■ 1061

[No. 53272-3-I. Division One. April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN LEE KEYS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-06265-7, Michael J. Fox, J., entered October 27, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53339-8-I. Division One. April 18, 2005.]

F. FERI, L.L.C., *Appellant*, v. ROY STREET HOLDINGS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-26815-5, Mary Yu, J., entered October 21, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, C.J., concurred in by Grosse and Becker, JJ.

[No. 53419-0-I. Division One. April 18, 2005.]

BRUCE HINES, *Appellant*, v. TODD PACIFIC SHIPYARDS CORP., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-30567-1, Steven C. Gonzalez, J., entered October 24, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Appelwick, JJ. Now published at 127 Wn. App. 356.

[No. 53594-3-I. Division One. April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTOFFER OWEN BASS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-01181-3, Michael F. Moynihan, J., entered November 20, 2003. *Reversed* by unpublished per curiam opinion.